1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NORMAN JOHN CRAIG,                          No.  2:19-cv-0061 CKD P

12                     Petitioner,

13          v.                                   ORDER

14   COUNTY OF EL DORADO SHERIFF'S
     DEPARTMENT,
15
                      Respondent.
16

17

18          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

20   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

21   will be provided the opportunity to either submit the appropriate affidavit in support of a request

22   to proceed in forma pauperis or submit the appropriate filing fee.

23          In accordance with the above, IT IS HEREBY ORDERED that:

24          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

25   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

26   failure to comply with this order will result in a recommendation that this action be dismissed;

27   and

28   /////

                                                    1

1    2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2    form used by this district.

3    Dated: January 14, 2019

     _____
4    CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11   12/crai0061.101a

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28